academic by virtue of the decision herein, and the stay contained in the order to show cause, dated July 8, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOAN W. KESSELER v. HOWARD J. KESSELER.— Motion for leave to appeal to the Court of Appeals denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

MOTION FOR LEAVE TO APPEAL TO THE COURT OF APPEALS DENIED, WITH $10 COSTS. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.:

■ (A) In the Matter of JOSEPH P. MEANEY v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York. (B) MURRAY LEVINE v. IDA HERZFELD et al.

■ In the Matter of CHARLES GERSHTENBLEET et al. v. JOSEPH SCHECHTER, as Personnel Director and Chairman, et al.— Motion by petitioners-appellants for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by intervenors-petitioners-appellants for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ.

■ MARGARITA R. LLAMOS et al. v. PEDRO VICENTE et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ PAUL GINSBURG v. HEARST PUBLISHING COMPANY, INC., et al.— Motion for leave to amend papers on appeal and for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of the Accounting of JACQUELINE SELIGMANN, as Ancillary Administratrix, C. T. A. of the Estate of ELLA J. SELIGMANN, Deceased, Appellant. FRANCOIS-GERARD SELIGMANN, Respondent.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ.

■ STEVE WEIDMAN et al. v. DAVID N. KLOT.— Motion for leave to reargue or for leave to appeal to the Court of Appeals or to resettle the order of affirmance so as to recite therein the findings of fact made by this court denied in all respects, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ LINDA BYRNE v. LEHN & FINK PRODUCTS CORP. et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated July 28, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ FELIX LOPERENA et al. v. CITY OF NEW YORK. CITY OF NEW YORK v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. v. SICILIAN ASPHALT PAVING COMPANY.— Application denied, with $10 costs. The stay contained in the order to show cause, dated July 6, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ GERALD E. STERN v. LOTTIE CARROLL.— Application granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ PAULINE R. GOLDFEIN et al. v. HARRY GOLDBERG, Doing Business as CHATHAM BUTTON CO.— Application denied, with $10 costs. The stay contained in the order to show cause, dated July 5, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ DOROTHY W. TEMPLE v. PHILLIP LIEBMANN.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.